1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAYLOR PATTERSON,

     *Petitioner*,

vs.

ROBERT LAGRANDE, et al.,

     *Respondents*.

3:15-cv-00235-RCJ-VPC

ORDER

Petitioner has submitted a *pro se* document that is purportedly a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, not on the court's required form (ECF #1-1).  Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee.  Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.  The present action, therefore, will be dismissed without prejudice.

Moreover, the docket reflects that petitioner is in Nevada state custody at Lovelock Correctional Center.  However, accordingly to petitioner, he was kidnapped from the Carson County Sheriff's Office by an individual impersonating a government officer from the Lyon County Sheriff's Office and is being held hostage for a ransom of $15,000 (ECF #1-1, pp. 1-2).  Petitioner's submission is delusional and factually frivolous.

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE** the petition (ECF #1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated this 11th day of June, 2015.

UNITED STATES DISTRICT JUDGE