AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

TAYLOR PATTERSON,

       Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  **3:15-cv-00235-RCJ-VPC**

ROBERT LAGRANDE, *et al.*,

       Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

June 11, 2015                                                                             **LANCE S. WILSON**
                                                                                                         Clerk

                                                                                                         /s/ J. Cotter
                                                                                                         Deputy Clerk